**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lifetouch Inc., a Minnesota corporation,

Plaintiff,

vs.

Instant Recall Marketing, Inc., a Nevada corporation and, Onetouch Technologies, LLC, a California limited liability company, and <life-touch.net> and <life-touch.org>, Internet Domain Names,

Defendants.

**STIPULATION FOR EXTENSION OF DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Case No. 00-CV-236 JMR/FLN

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, hereto through their respective counsel, that the Court may enter an Order extending the time in which Defendants have to respond to Plaintiff's Complaint in the above-captioned matter until February 25, 2000.

**FISH & RICHARDSON, P.C., P.A.**

Dated: 2/22/00

By [signature]

Stephen R. Baird, Minn. Bar #214024
Michael J. Kane, Minn. Bar #247625
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

**ATTORNEYS FOR PLAINTIFF LIFETOUCH INC.**

FEB 28 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Feb. 22, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By ____________________
Barbara Grahn, Minn. Bar #36705
Ernest W. Grumbles III, Minn. Bar #274793
3400 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANTS INSTANT RECALL MARKETING, INC., A NEVADA CORPORATION AND, ONETOUCH TECHNOLOGIES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, AND <life-touch.net> and <life-touch.org>, INTERNET DOMAIN NAMES**

**ORDER**

Pursuant to the above Stipulation, it is hereby ordered that Defendants shall be granted an extension of time in which to respond to Plaintiff's Complaint in the above-captioned matter until February 25, 2000.

Dated: 2/25/00

____________________
Honorable Franklin L. Noel
Chief Magistrate Judge