UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-236 (JMR/FLN)

| | | |
|---|---|---|
| Lifetouch, Inc.<br><br>v.<br><br>Instant Recall Marketing, OneTouch Technologies, LLC, <lifetouch.net>, and <lifetouch.org> | ) | ORDER |

Plaintiff seeks leave to make deposit of defendant internet domain names <lifetouch.net> and <lifetouch.org> pursuant to Rule 67 of the Federal Rules of Civil Procedure. The Court heard oral argument on May 26, 2000. Based on the files, records, and proceedings herein, IT IS ORDERED that:

The Clerk of this Court is directed to keep and maintain the Registrar's Certificate regarding the above-named defendant internet domain names. The receipt and maintenance of the Certificate neither confers nor denies jurisdiction in this Court. The Certificate shall be maintained for safe-keeping, pending action upon defendants' motion to dismiss.

Dated: May 26th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED May 26, 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK