UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-236 (JMR/FLN)

Lifetouch, Inc. )
)
v. ) ORDER
)
Instant Recall Marketing; )
OneTouch Technologies, LLC; )
<lifetouch.net>; and )
<lifetouch.org> )

Defendants move to dismiss this action for lack of personal jurisdiction, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. The Court heard oral argument on July 21, 2000. Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Defendants' motion to dismiss is granted.

2. Plaintiff's action is dismissed without prejudice.

Dated: July 25th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED JUL 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______