# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lifetouch, Inc.

Case No. Civil 00-236 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Instant Recall Marketing;
OneTouch Technologies, LLC;
<lifetouch.net>; and
<lifetouch.org>

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendants' motion to dismiss is granted;

2. Plaintiff's action is dismissed without prejudice.

DATE: July 25, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(31)